In the Matter of the Application for Temporary Letters of Administration on the Goods, Chattels and Credits of CHARLES BRANCATI, Absentee. ORESTE BRANCATI, Appellant; JAMES W. BROWN, Public Administrator, County of Bronx,

Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 50.]